1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURA PATRICIA HERNANDEZ, | ) | Case No. SA CV 12-1038 JST (MRW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| LYDIA C. HENSE, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 20, 2013

\_\_\_\_JOSEPHINE STATON TUCKER\_\_\_\_
HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE